SEYFARTH SHAW LLP
Kurt A. Kappes (State Bar No. 146384)
Robert Milligan (State Bar No. 217348)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY GUERRA, as Administrator for the Estate of Jennifer Perry<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE LIFE INSURANCE COMPANY; MEL MENDOZA; VICTOR DAVIS; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 1:06-CV-00177-OWW-DLB<br><br>**STIPULATION TO CONTINUE HEARING DATES AND ORDER THEREON**<br><br>Current Hearing Date: April 10, 2006<br>Proposed Cont. Hearing Date: May 8, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 3<br>Hon. Oliver W. Wanger |

Plaintiff VICKY GUERRA and defendant ALLSTATE LIFE INSURANCE COMPANY, through their attorneys of record, hereby stipulate to continue the hearing date on defendant's motion to dismiss and plaintiff's motion to remand (currently set for April 10, 2006) to May 8, 2006 at 10:00 a.m. or another date in May that is available on the Court's calendar. This is the first request to continue this hearing date. Good cause exists for this continuance due to scheduling difficulties in connection with the April 10 date.

///

///

///

///

///

///

SC1 17069860.1

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties stipulate that the briefing dates for the motions shall be governed by and
2  calculated from the new hearing date.

DATED: March ___, 2006                                SEYFARTH SHAW LLP

By_____
    Kurt A. Kappes
Attorneys for Defendant
ALLSTATE LIFE INSURANCE
COMPANY

DATED: March ___, 2006                                CRABTREE, SCHMIDT, ZEFF &
                                                      JACOBS


By_____
    Michael Dennis
Attorneys for Plaintiff
VICKY GUERRA

## **ORDER**

IT IS ORDERED THAT THE HEARING DATE ON THE ABOVE MOTIONS IS RESCHEDULED TO MAY __8__ , 2006 at 10:00 AM.

Dated:  March 22, 2006                                /s/ OLIVER W. WANGER

_____
UNITED STATES DISTRICT COURT JUDGE

2

SC1 17069860.1

PDF created with pdfFactory trial version www.pdffactory.com